UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODGER WILL GRANGER**                                **CIVIL ACTION**

**VERSUS**                                                              **NO. 07-3229**

**JAMES A. DUKES, ET AL.**                         **SECTION: "J"(3)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1] Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's Motion to Dismiss (Rec. Doc. 7) is Dismissed as moot.

---

[1] While the Court considered the Magistrate Judge;s Report and Recommendation, the Plaintiff filed a motion to dismiss his case. (Rec. Doc. 7) It is unclear from plaintiff's motion whether it was a motion to dismiss with or without prejudice. After considering the Magistrate Judge's Report and Recommendation, this Court is convinced that Plaintiff's claim is frivolous and fails to state a claim on which relief may be granted. Therefore this Court will adopt the Magistrate Judge's Report and Recommendation and dismiss plaintiff's complaint with prejudice. Plaintiff's motion to dismiss therefore is moot.

New Orleans, Louisiana, this 27th day of July, 2007.

_____
**UNITED STATES DISTRICT JUDGE**